UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 11-42882-BKC-LMI
CHAPTER 13

ROGELIO MATA
CAROLINA GOMEZ
    Debtors
_____/

**MOTION FOR RECORDABLE ORDER THAT DECLARES THE SECOND MORTGAGE LIEN HELD BY DADE COUNTY FEDERAL CREDIT UNION
VOID, EXTINGUISHED AND FULLY PAID WITH CERTIFICATE OF SERVICE**

    Debtors, Rogelio Mata and Carolina Gomez, through undersigned counsel, move this court to enter a Recordable Order that Declares the Second Mortgage Lien of Dade County Federal Credit Union Void, Extinguished and Fully Paid, and in support state as follows:

1. Debtors filed their bankruptcy case under chapter 13 on November 30, 2011.

2. An Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Dade County Federal Credit Union was entered on January 19, 2012 (ECF # 21) which order provide in pertinent part:

    [2.  Lender has an allowed secured claim of $0.
3. Because Lender's secured interest in the Real Property is $0.00, Lender's mortgage recorded on July 20, 2006 at OR Book 24738 Page 3919 of the official records of Miami-Dade County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the debtor' discharge in this chapter 13 case.  If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void and shall be restored as a lien on the Real Property.]

3. The real property to which the Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Dade County Federal Credit Union (ECF # 21) relates is:

    Legal Description: LOT 6, IN BLOCK 10 OF BRISTOL POINTE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 149, AT PAGE 30, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

<div style="padding-left: 2em;">
AKA <u>30-4932-031-0680</u>  
(Parcel ID)  
AKA <u>16033 SW 86 Lane, Miami, FL 33193-5291</u>  
(Street Address)
</div>

4. An Order Confirming the Debtor's Fifth Chapter 13 plan (ECF # 62) was entered on August 23, 2012 (ECF #64).

5. This case was not converted to a Chapter 7.

6. The Debtors have not been denied a Chapter 13 discharge.

7. The Trustee issued her Notice of Plan completion on January 19, 2017 (ECF #74).

8. The court entered its Discharge of Debtor on February 10, 2017 (ECF #76).

**WHEREFORE** Debtors, Rogelio Mata and Carolina Gomez, respectfully request that this Honorable Court enter an order, in recordable form, a proposed copy of which is attached hereto as Exhibit A, that declares the second mortgage lien of Dade County Federal Credit Union Void, Extinguished and Fully Paid on the grounds set forth above.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

<div style="padding-left: 4em;">
Respectfully submitted,  
Miller & Funcia, P.A.  
9555 N. Kendall Drive, Suite 211  
Miami, Florida 33176  
Phone: 305-274-2922  
millerandfunciapa@gmail.com  

<u>/s/ JOSE P. FUNCIA, ESQ.</u>  
Joshua S. Miller, Esq., FBN 698210
</div>

<div style="text-align: center;">
<u>CERTIFICATE OF SERVICE AND</u>  
<u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)</u>
</div>

I certify that true copies of MOTION FOR RECORDABLE ORDER THAT DECLARES THE SECOND MORTGAGE LIEN HELD BY DADE COUNTY FEDERAL CREDIT UNION VOID, EXTINGUISHED and COURT GENERATED NOTICE OF HEARING were served on APRIL 10, 2020 as follows:

*Electronically*

*Patti H Bass on behalf of Creditor Capital One, N.A.*
*ecf@bass-associates.com*

*Patti H Bass on behalf of Creditor HSBC Bank Nevada, N.A.*
*ecf@bass-associates.com*

*Andrew M. Bellinson, Esq. on behalf of Debtor Rogelio A. Mata*
*bellinsoncourt@bellsouth.net, bellinsoncourt2@gmail.com;millerandfunciapa@ecf.inforuptcy.com*

*Joshua S Miller, Esq on behalf of Debtor Rogelio A. Mata*
*millerfunciaecf@gmail.com,millerandfunciapa@gmail.com, millerandfunciapa@ecf.inforuptcy.com*

*Joshua S Miller, Esq on behalf of Joint Debtor Carolina M. Gomez*
*millerfunciaecf@gmail.com,millerandfunciapa@gmail.com, millerandfunciapa@ecf.inforuptcy.com*

*Nancy K. Neidich*
*e2c8f01@ch13herkert.com, ecf2@ch13herkert.com*

*Office of the US Trustee*
*USTPRegion21.MM.ECF@usdoj.gov*

*Richard S Ralston on behalf of Creditor Candica, LLC*
*chapter-13@w-legal.com*

*Richard S Ralston on behalf of Creditor Lindia, LLC*
*chapter-13@w-legal.com*

*Matthew H Scott on behalf of Creditor World Omni Financial Corp*
*mhs@trippscott.com, bankruptcy@trippscott.com*

*Via First Class Mail*

Dade County Federal Credit Union
Attn: Collections Department
1500 NW 107 Ave
Miami, FL 33172

*Via Certified Mail*

Dade County Federal Credit Union
C/O George G. Joseph, CEO
1500 NW 107 Ave
Sweetwater, FL 33172-2706
Certified No.: 7018 0680 0001 4879 4609

                                          Law Offices of
                                          Miller & Funica, P.A.
                                          Attorney for Debtor(s)
                                          9555 N. Kendall Drive Suite 211
                                          Miami, FL 33176
                                          305-274-2922

                                          /s/ Jose P. Funcia
                                          Jose P. Funcia, Esq.
                                          Florida Bar Number: 0698210